AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Murtha, J. Garvan | 2. Court or Organization<br><br>U.S. District Court - Vermont | 3. Date of Report<br><br>05/09/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States District Court
P.O. Box 760
Brattleboro, VT 05302-0760

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Beneficiary | Trust #1 |
| 2. | Beneficiary | Trust #3 |
| 3. | Trustee | Trust #4 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alibaba Group, Inc. Stock | A | Dividend | | | Sold | 09/09/15 | J | | |
| 2. Amazon Stock | A | Dividend | J | T | | | | | |
| 3. Bank of the Islands Account | A | Interest | J | T | | | | | |
| 4. Broadcom Stock | A | Dividend | J | T | Buy | 10/30/15 | J | | |
| 5. Consumer Discretionary SPDR Fund | A | Dividend | K | T | | | | | |
| 6. DWA Tech Leaders Fund | A | Dividend | K | T | | | | | |
| 7. First TR SR FL II Fund | A | Dividend | | | Sold | 10/30/15 | J | | |
| 8. First Trust Consumer Fund | A | Dividend | J | T | | | | | |
| 9. First Trust Exchange Fund | A | Dividend | K | T | Buy | 06/24/15 | K | | |
| 10. Franklin Strategic Fund | A | Dividend | | | Sold | 10/27/15 | K | | |
| 11. Guggenheim S&P 500 Fund | A | Dividend | K | T | | | | | |
| 12. Hartford Floating Rate Fund | A | Dividend | | | Sold | 12/10/15 | K | | |
| 13. Healthcare Select SPDR Fund | A | Dividend | K | T | | | | | |
| 14. iShares Barclays 7-10 Yr Treas. Bond | A | Interest | J | T | | | | | |
| 15. iShares Cohen & Steers Fund | A | Dividend | | | Sold | 03/16/15 | J | A | |
| 16. iShares Iboxx Fund | A | Dividend | J | T | | | | | |
| 17. iShares MSCI Germany Fund | A | Dividend | J | T | Buy | 08/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares Nasdaq Bio Tech Fund | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 19. iShares Russell Top 200 Fund | A | Dividend | J | T | Buy | 12/24/15 | J | | |
| 20. iShares Select Fund | A | Dividend | K | T | | | | | |
| 21. iShares Transportation Fund | A | Dividend | | | Sold | 09/24/15 | J | | |
| 22. iShares U.S. Healthcare Fund | A | Dividend | | | Sold | 12/08/15 | J | | |
| 23. iShares U.S. Home Fund | A | Dividend | J | T | Buy | 11/24/15 | J | | |
| 24. Kayne Anderson MLP Fund | A | Dividend | | | Sold | 06/24/15 | K | | |
| 25. MFS Utilities FD CL I Fund | A | Dividend | | | Sold | 03/06/15 | K | | |
| 26. ML Bank Deposit Account | A | Interest | J | T | | | | | |
| 27. Nuveen High Yield Fund | A | Interest | K | T | Buy | 10/27/15 | K | | |
| 28. Powershares Exchange Fund | A | Dividend | | | Sold | 12/24/15 | J | | |
| 29. Powershares QQQ Trust Fund | A | Dividend | K | T | | | | | |
| 30. Sector SPDR Consmrs STPL Fund | A | Dividend | K | T | | | | | |
| 31. Sector SPDR Financial Fund | A | Dividend | | | Sold | 01/21/15 | K | A | |
| 32. Skyworks Stock | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 33. SPDR KBW Bank ETF Fund | A | Dividend | J | T | Buy | 12/17/15 | J | | |
| 34. SPDR Nuveen Barclay's Bond Fund | A | Int./Div. | J | T | Buy | 11/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SPDR Nuveen Barclay's Fund | A | Interest | J | T | Buy | 11/24/15 | J | | |
| 36. SPDR S P Divid ETF Fund | A | Dividend | | | Sold | 03/16/15 | K | B | |
| 37. Vanguard Emerging Mkts Fund | A | Dividend | | | Sold | 08/27/15 | J | | |
| 38. Vanguard Interm-Term Fund | A | Interest | K | T | Buy | 09/01/15 | K | | |
| 39. Vanguard MSCI European Fund | A | Dividend | | | Sold | 10/27/15 | J | A | |
| 40. Vanguard Short Term Bond Fund | A | Interest | K | T | Buy | 12/09/15 | K | | |
| 41. Vanguard Total Stk Fund | A | Dividend | K | T | | | | | |
| 42. Wisdom Eur S/V Div Fund | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 43. Wisdom Tree European Fund | A | Interest | | | Sold | 12/24/15 | J | | |
| 44. Wisdom Tree Shs Japan | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 45. Merchants Bank Accounts | A | Interest | K | T | | | | | |
| 46. Brattleboro Tennis Club, VT Stock | | None | J | W | | | | | |
| 47. Trust #4 | F | Int./Div. | P1 | T | | | | | |
| 48. - Apple Stock | | | | | | | | | |
| 49. - AT&T Stock | | | | | | | | | |
| 50. - Automatic Data Processing Stock | | | | | | | | | |
| 51. - Caterpillar Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Coca Cola Stock | | | | | | | | | |
| 53. - CSX Corp. Stock | | | | | | | | | |
| 54. - Diageo Stock | | | | | | | | | |
| 55. - Disney Stock | | | | | | | | | |
| 56. - Dodge & Cox Int'l Stock Fund | | | | | Buy | 03/06/15 | K | | |
| 57. - Duke Energy Stock | | | | | Sold | 03/09/15 | K | C | |
| 58. - Exxon Mobil Stock | | | | | | | | | |
| 59. - Nextera Energy Stock | | | | | | | | | |
| 60. - Franklin Res Stock | | | | | Sold | 10/14/15 | L | F | |
| 61. - Google Stock, now Alphabet, Inc. Stock | | | | | | | | | |
| 62. - Home Depot Stock | | | | | | | | | |
| 63. - iShares Midcap Fund | | | | | | | | | |
| 64. - iShares Small Cap Fund | | | | | Sold | 03/09/15 | K | D | |
| 65. - Johnson & Johnson Stock | | | | | | | | | |
| 66. - Mastercard Stock | | | | | | | | | |
| 67. - McKesson Corp. Stock | | | | | | | | | |
| 68. - Microsoft Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Morgan J.P. Chase Stock | | | | | | | | | |
| 70. - Nestle Stock | | | | | | | | | |
| 71. - Nextera Energy | | | | | Buy | 01/09/15 | K | | |
| 72. - Northern Trust Gov't Fund | | | | | Buy | 01/09/15 | M | | |
| 73. - Novo-Nordisk Stock | | | | | | | | | |
| 74. - Procter & Gamble Stock | | | | | | | | | |
| 75. - Qualcom Stock | | | | | Sold | 02/02/15 | K | | |
| 76. - Royal Dutch Shell Stock | | | | | | | | | |
| 77. - Starbucks Stock | | | | | | | | | |
| 78. - Teva Pharmaceutical Stock | | | | | | | | | |
| 79. - United Technologies Stock | | | | | | | | | |
| 80. - Vanguard Short Term Exempt Fund | | | | | Buy | 01/09/15 | K | | |
| 81. Trust Company of VT - IRA | C | Div. & Int. | M | T | | | | | |
| 82. - 3M Stock | | | | | | | | | |
| 83. - AbbVie Stock | | | | | | | | | |
| 84. - Accenture Ltd. Stock | | | | | | | | | |
| 85. - Air Products & Chemical Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Alphabet, Inc. Stock | | | | | Buy | 02/05/15 | J | | |
| 87. - Apache Corp. Stock | | | | | | | | | |
| 88. - Apple Stock | | | | | | | | | |
| 89. - Applied Materials Stock | | | | | | | | | |
| 90. - Atmos Energy Stock | | | | | | | | | |
| 91. - Bristol Myers Squibb Stock | | | | | Buy | 08/13/15 | J | | |
| 92. - Colgate Palmolive Stock | | | | | | | | | |
| 93. - Covidien P/C Stock | | | | | Sold | 01/27/15 | J | B | |
| 94. - EMC Stock | | | | | | | | | |
| 95. - Emerson Electric Stock | | | | | | | | | |
| 96. - Fastenal Stock | | | | | Buy | 08/10/15 | J | | |
| 97. - Franklin Res. Stock | | | | | | | | | |
| 98. - HCP Stock | | | | | | | | | |
| 99. - Illinois Tool Wks Stock | | | | | | | | | |
| 100. - iShare Midcap Fund | | | | | | | | | |
| 101. - iShare Small Cap Fund | | | | | | | | | |
| 102. - Johnson & Johnson Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Johnson Controls Stock | | | | | | | | | |
| 104. - Matthews Asian Fund | | | | | | | | | |
| 105. - McDonald's Stock | | | | | Sold | 02/02/15 | K | A | |
| 106. - National Oilwell Varco Stock | | | | | | | | | |
| 107. - Northern Trust Gov't Select Fund | | | | | | | | | |
| 108. - Novartis Stock | | | | | | | | | |
| 109. - Pepsico, Inc. Stock | | | | | | | | | |
| 110. - PIMCO Emerging Bond Fund | | | | | | | | | |
| 111. - PIMCO Short Term Inst'l Fund | | | | | | | | | |
| 112. - Procter & Gamble Stock | | | | | | | | | |
| 113. - Qualcom Stock | | | | | | | | | |
| 114. - Southern Co. Stock | | | | | | | | | |
| 115. - Spectra Energy Stock | | | | | | | | | |
| 116. - Target Corp. Stock | | | | | | | | | |
| 117. - Teva Pharma Stock | | | | | | | | | |
| 118. - United Technologies Stock | | | | | | | | | |
| 119. - US Bancorp Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - US Tips Bond | | | | | | | | | |
| 121. - Vanguard Emerging Mkts Fund | | | | | | | | | |
| 122. - Vanguard Short Term Bond Fund | | | | | | | | | |
| 123. - Wells Fargo Stock | | | | | | | | | |
| 124. - Wisdom Tree Emerging Debt Fund | | | | | | | | | |
| 125. - Wisdom Tree Emerging Markets Fund | | | | | Sold | 08/10/15 | J | | |
| 126. Merrill Lynch IRA | C | Div. & Int. | M | T | | | | | |
| 127. - DWA Tech Leaders Fund | | | | | | | | | |
| 128. - First Tr Consumer Discrt Fund | | | | | | | | | |
| 129. - First Tr Exchg Traded Fund | | | | | Buy | 06/24/15 | K | | |
| 130. - First Tr SR Fl II Fund | | | | | Sold | 08/27/15 | J | | |
| 131. - Franklin Strategic Fund | | | | | Sold | 10/27/15 | J | A | |
| 132. - Guggenheim S&P 500 Fund | | | | | | | | | |
| 133. - Hartford Floating Rate Fund | | | | | Sold | 12/09/15 | K | C | |
| 134. - iShares Cohen & Steers Fund | | | | | Sold | 07/24/15 | J | | |
| 135. - iShares MCI Germany Fund | | | | | Buy | 08/27/15 | J | | |
| 136. - iShares Nasdaq Biotech Fund | | | | | Buy | 08/27/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - iShares Russell Top 200 Fund | | | | | Buy | 11/24/15 | J | | |
| 138.  - iShares Select Fund | | | | | | | | | |
| 139.  - iShares 7-10 Yr Treas Bond | | | | | Buy | 01/13/15 | J | | |
| 140.  - iShares Transportation Fund | | | | | Sold | 12/11/15 | J | | |
| 141.  - iShares U.S. Healthcare Fund | | | | | Sold | 12/11/15 | J | | |
| 142.  - iShares U.S. Home Constr Fund | | | | | Buy | 11/24/15 | J | | |
| 143.  - Kayne Anderson MLP Fund | | | | | Sold | 12/11/15 | J | | |
| 144.  - Nuveen High Yield Muni Bond Fund | | | | | Buy | 10/27/15 | J | | |
| 145.  - PIMCO Emerg Mkts Bd Fund | | | | | | | | | |
| 146.  - PowerShares Exchange Fund | | | | | Sold | 12/30/15 | J | | |
| 147.  - PowerShares QQQ Trust Fund | | | | | | | | | |
| 148.  - Sector SPDR Barclay's Bond Fund | | | | | Buy | 11/24/15 | J | | |
| 149.  - Sector SPDR Consmrs Fund | | | | | | | | | |
| 150.  - Sector SPDR Divid Fund | | | | | Sold | 07/15/15 | J | A | |
| 151.  - Sector SPDR Financial Fund | | | | | Sold | 08/05/15 | J | A | |
| 152.  - Sector SPDR KBW Fund | | | | | Buy | 12/17/15 | J | | |
| 153.  - Vanguard Emerging Fund | | | | | Sold | 08/27/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Vanguard European Fund | | | | | Sold | 10/27/15 | J | | |
| 155.  - Vanguard Intermediate Term Bond Fund | | | | | Buy | 01/13/15 | J | | |
| 156.  - Vanguard Short Term Bond Fund | | | | | Buy | 12/09/15 | K | | |
| 157.  - Vanguard Total Fund | | | | | | | | | |
| 158.  - Wisdom Tree Shs Japan Fund | | | | | Buy | 08/27/15 | J | | |
| 159.  Trust #1 Income Beneficiary | C | Distribution | M | T | | | | | |
| 160.  Trust #3 Income Beneficiary | C | Distribution | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/09/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Garvan Murtha**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544